454 A.2d 162

Commonwealth v. Cooper, Appellant.
Petition for Allowance of Appeal
Granted April 5, 1983.

Submitted May 4, 1982. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed.

ROWLEY, J., filed a memorandum concurring opinion.

SPAETH, J., filed a memorandum dissenting opinion.